```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

HERRERA YOLANDA,              )
                              )
    Petitioner,               )
                              )
    v.                        )   C.A. No. 05-10441-MLW
                              )
UNITED STATES OF AMERICA,     )
                              )
    Respondent.               )

                              ORDER

WOLF, D.J.                                          June 22, 2005

Pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the Clerk of the court is hereby ORDERED to serve a copy of the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody upon the office of the United States Attorney.

It is further ORDERED that the respondent shall, within twenty (20) days of receipt of this Order, file an answer or other proper responsive pleading to the Motion to Vacate, Set Aside or Correct Sentence.

                                        /s/ Mark L. Wolf
                                        _____
                                        UNITED STATES DISTRICT JUDGE