```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

YOLANA HERRERA,              )
        Petitioner           )   CRIMINAL NO. 05-10441-MLW
                             )
     v.                      )
                             )
UNITED STATES OF AMERICA,    )
        Respondent           )
                             )
```

**Notice Of Appearance Of Attorney
For The Government**

The United States of America, by Michael J. Sullivan, United States Attorney, and Michael J. Pelgro, Assistant U.S. Attorney, hereby files this notice of appearance of Assistant U.S. Attorney Michael J. Pelgro as attorney for the government in the above-captioned action.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Michael J. Pelgro
      Michael J. Pelgro
      Assistant U.S. Attorney

DATED:   August 2, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the

person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

    Yolanda Herrera
    Inmate No. 23564-038
    FCI Danbury
    Federal Correctional Institution
    Route 37
    Danbury, CT 06811

This 2nd day of August 2005.

        s/Michael J. Pelgro
        MICHAEL J. PELGRO
        ASSISTANT UNITED STATES ATTORNEY