```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

HERRERA YOLANDA,            )
     Petitioner,            )
                            )
     v.                     )   C.A. No. 05-10441-MLW
                            )
UNITED STATES OF AMERICA    )
     Respondent.            )
```

                            ORDER

WOLF, D.J.                                      March 10, 2008

   For the reasons stated in the Government's Memorandum in Opposition to Petitioner's Motion to Vacate Sentence Pursuant to 28 U.S.C. §2255 (Docket No. 7), petitioner Yolanda Herrera's petition is without merit.  That petition (Docket No. 1) is, therefore, hereby DENIED.


                               /S/ MARK L. WOLF
                              UNITED STATES DISTRICT JUDGE