UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HERRERA YOLANDA
        Plaintiff(s)

v.     CIVIL ACTION NO. 05-10441-MLW

UNITED STATES OF AMERICA
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

WOLF, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** The issues have been briefed and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT FOR THE DEFENDANT/RESPONDENT.

SARAH A. THORNTON,
CLERK OF COURT

Dated: March 10, 2008   By   /s/ Dennis O'Leary
        Deputy Clerk

NOTE: The post judgment interest rate effective this date is ____%.

(JudgementCivil.wpd - 3/7/2005)